# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 15-3617

———————————————

Carmen Elizabeth Rivas-Alvarez

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

————————

Petition for Review of an Order of the
Board of Immigration Appeals

————————

Submitted: August 15, 2016
Filed: August 18, 2016
[Unpublished]

————————

Before LOKEN, BENTON, and KELLY, Circuit Judges.

————————

PER CURIAM.

Salvadoran citizen Carmen Elizabeth Rivas-Alvarez petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of petitioner's application for asylum and withholding of removal. After careful consideration, we conclude that substantial evidence on the record as a whole supports the agency's decision, see Quinonez-Perez v. Holder, 635 F.3d 342, 344 (8th Cir.

2011), because petitioner failed to establish that the claimed past persecution, or the claimed fear of future persecution, was on account of a protected asylum ground, see DeCastro-Gutierrez v. Holder, 713 F.3d 375, 380-81 (8th Cir. 2013); Matul-Hernandez v. Holder, 685 F.3d 707, 712-13 (8th Cir. 2012); Constanza v. Holder, 647 F.3d 749, 753-54 (8th Cir. 2011).

The petition for review is denied.  See 8th Cir. R. 47B.

_____